WATKINS *v.* CITY OF WILSON ET AL.

No. 789.　Decided May 28, 1962.

*Romallus O. Murphy* and *Samuel S. Mitchell* for appellant.

*John F. Doyle* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.　Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.